Priority  
Send ✓  
Enter ✓  
Closed ___  
JS-5/JS-6 ___  
JS-2/JS-3 ___  
Scan Only ___

FILED  
CLERK, U.S. DISTRICT COURT  
JUN - 4 2008  
CENTRAL DISTRICT OF CALIFORNIA  
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY HUDSON,<br><br>  Petitioner,<br><br>  v.<br><br>GUILLERMINA HALL, WARDEN,<br><br>  Respondent. | CASE NO. CV 07-4150-AG (PJW)<br><br>ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Final Report and Recommendation of United States Magistrate Judge. No objections to the Final Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: MAY 31, 2008.

ANDREW J. GUILFORD  
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\HUDSON, C 4150\Order accep r&r_2.wpd