Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JUN - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY HUDSON, | Case No. CV 07-4150-AG (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| GUILLERMINA HALL, WARDEN, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: MAY 31, 2008.

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\HUDSON, C 4150\Judgment.wpd